FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAA ELKHARWILY, and WALL STREET APARTMENTS, LLC, a Washington limited liability company,<br><br>                  Petitioners,<br><br>   v.<br><br>CITY OF SPOKANE,<br><br>                  Respondent. | NO. 2:25-MC-0002-TOR<br><br>ORDER DENYING NOTICE OF REMOVAL |

BEFORE THE COURT is Alaa Elkharwily's Notice of Removal. ECF No. 1. The Court has reviewed the record and files herein and is fully informed. No further delay is warranted. This removal is untimely and the Court does not have jurisdiction over this matter.

For the reasons discussed in all the prior cases seeking removal, the Notice of Removal is **DENIED**. See *First Interstate Bank v. Wall St. Apts.*, Case Nos. 2:23-CV-0376-TOR; 2:24-CV-0115-TOR; 2:24-CV-0144-TOR; 2:24-CV-0154-

ORDER DENYING NOTICE OF REMOVAL ~ 1

TOR; 2:24-CV-0237-TOR; and 2:24-CV-0336-TOR.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Alaa Elkharwily's Notice of Removal of Spokane County Superior Court case number 24-00002-04711-32, ECF No. 1, is **DENIED**.

2. This matter is **DISMISSED**.

The District Court Executive is directed to enter this Order, furnish copies to counsel and Alaa Elkharwily, and **mail a certified copy of this Order** to the Clerk of the Spokane County Superior Court. This file shall be **CLOSED**..

DATED February 3, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING NOTICE OF REMOVAL ~ 2